ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 29 2005

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CV04-659-R |
| | ) | CR99-544-R |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PAUL LAZZARO., | ) | |
| | ) | |
| Defendant. | ) | |

Defendant PAUL LAZZARO has moved to set aside his plea pursuant to 28 U.S.C. §2255 making the only claim, if any, he had the ineffective assistance of counsel. His charge in this report is belied by his plea agreement and the record of his plea and sentence.

The charges of ineffective assistance of counsel for not making a challenge to the PSR is without merit. Any objection would have been without merit since inaccuracy if any in the presentence report did not in any manner prejudice the defendant. His 240 month sentence was within the terms of his plea agreement and his concurrence therein.

His claim that his plea of guilty was involuntary is without merit on the record of his plea agreement and record of his plea colloquy. Dissatisfaction with his sentence does not amount to



ineffective assistance of counsel.

    No hearing is required to determine any facts of this motion.

    The motion is denied.

DATED: March 21, 2005.

                                            MANUEL L. REAL
                                            UNITED STATES DISTRICT JUDGE

RECEIVED